IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02746-DDD-NYW

DAVID KATT, on behalf of himself and all others similarly situated,

Plaintiff,

v.

OPENSIDED MRI OF DENVER, LLC,

Defendant.

---

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FED. R. CIV. P 41(a)(1)(A)(ii)**

---

The parties, by and through their respective attorneys, Ari Hillel Marcus on behalf of Plaintiff David Katt; and Paul Howard Schwartz on behalf of Defendant Opensided MRI of Denver, LLC, hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to a dismissal without prejudice, with each party to bear its own costs and attorneys' fees. By the filing of this Stipulation the above-captioned civil action is deemed resolved and the case shall be closed.

-2-

Respectfully submitted this 10th day of November 2020.

*/s/ Ari Hillel Marcus*
Ari Hillel Marcus
Marcus & Zelman, LLC
701 Cookman Avenue
Suite 300
Asbury Park, NJ 07712
Telephone: 732-695-3282
ari@marcuszelman.com
ATTORNEY FOR PLAINTIFF
DAVID KATT


*/s/ Paul Howard Schwartz*
Paul Howard Schwartz
Shoemaker Ghisellli & Schwartz, LLC
1811 Pearl Street
Boulder, CO 80302
Telephone: 303-530-3452
pschwartz@sgslitigation.com
ATTORNEYS FOR DEFENDANT
OPENSIDED MRI OF DENVER, LLC

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that on this 10th day of November 2020, I electronically filed the foregoing **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P 41(a)(1)(A)(ii)** with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to the following:

Paul Howard Schwartz
pschwartz@sgslitigation.com

/s/ *Ari H. Marcus*

-3-